James L. Bruff, Appellant, v. Anna Dunfee and John J. Cummins, as Execu-

tors, etc., of John Dunfee, Deceased, Respondents.— Judgment and order affirmed, with costs.  All concurred.